# Exhibit 1

# Exhibit 1

## Putnam Mutual Funds owned by Plaintiffs

| Fund Name: | Assets Under Management (2007 Reports): |
|---|---|
| 1. Classic Equity Fund | $779,705,504[1] |
| 2. Fund for Growth and Income | $14,928,520,160[2] |
| 3. Growth Opportunities Fund | $567,525,047[3] |
| 4. Investors Fund | $3,799,634,015[4] |
| 5. Voyager Fund | $6,924,536,284[5] |
| TOTAL | $26,999,921,010 |

---

[1] As reported in the Classic Equity Fund's Semi-Annual Report dated May 31, 2007.
[2] As reported in the Fund for Growth and Income's Semi-Annual Report dated April 30, 2007.
[3] As reported in the Growth Opportunities Fund's Annual Report dated July 31, 2007.
[4] As reported in the Investors Fund's Annual Report dated July 31, 2007.
[5] As reported in the Voyager Fund's Annual Report dated July 31, 2007.

BN1 35042951.1